5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 JUAN CARLOS CRUZ MALDONADO and
D-2 ROGELIO SOTO BRUNO,

Defendants.

_____/

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

Case: 5:24-cr-20288
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/28/2024
Description: INDI USA V SEALED
MATTER (MRS)

## Indictment

The Grand Jury charges that:

## Count One
### Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
### 21 U.S.C. §§ 846 & 841(a)(1)

D-1 JUAN CARLOS CRUZ MALDONADO
D-2 ROGELIO SOTO BRUNO

From in or around January 2022, through on or about January 31, 2023, in the Eastern District of Michigan, and elsewhere, the defendants, JUAN CARLOS CRUZ MALDONADO and ROGELIO SOTO BRUNO, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and possess with

intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, JUAN CARLOS CRUZ MALDONADO, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to the defendant, ROGELIO SOTO BRUNO, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**Count Two**
**Possession of Cocaine with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-1 JUAN CARLOS CRUZ MALDONADO
D-2 ROGELIO SOTO BRUNO

On or about January 31, 2023, in the Eastern District of Michigan, the defendants, JUAN CARLOS CRUZ MALDONADO and ROGELIO SOTO

2

BRUNO, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### Forfeiture Allegations

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

3

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p).

**This is a True Bill.**

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*/s/ Benjamin Coats*
Benjamin Coats
Chief, Drug Task Force Unit

*/s/ Andrea Hutting*
Andrea Hutting
Assistant United States Attorney

Dated: May 28, 2024

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c(

Case: 5:24-cr-20288
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/28/2024
Description: INDI USA V SEALED
MATTER (MRS)

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes  ☒ No    AUSA's Initials: **s/ AH**

Case Title: USA v.  Juan Carlos Cruz Maldonado et al

County where offense occurred :  Wayne

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 28, 2024
Date

Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9110
Fax:   313-226-9100
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.