(5)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

v.
D-1 JUAN CARLOS CRUZ MALDONADO and
D-2 ROGELIO SOTO BRUNO,

Defendants.
_______________________________/

Criminal Case No. 24-cr-20288

Hon. Judith E. Levy

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

FILED
OCT 20 2026
CLERK'S OFFICE
DETROIT

**First Superseding Indictment**

The Grand Jury charges that:

**Count One**
**Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance**
**21 U.S.C. §§ 846 & 841(a)(1)**

D-1 JUAN CARLOS CRUZ MALDONADO
D-2 ROGELIO SOTO BRUNO

From in or around January 2022, through on or about January 31, 2023, in the Eastern District of Michigan, and elsewhere, the defendants, JUAN CARLOS CRUZ MALDONADO and ROGELIO SOTO BRUNO, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and possess with

intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, JUAN CARLOS CRUZ MALDONADO, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

With respect to the defendant, ROGELIO SOTO BRUNO, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

**Count Two**
**Possession of Cocaine with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-1 JUAN CARLOS CRUZ MALDONADO
D-2 ROGELIO SOTO BRUNO

On or about January 31, 2023, in the Eastern District of Michigan, the defendants, JUAN CARLOS CRUZ MALDONADO and ROGELIO SOTO

BRUNO, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

## Forfeiture Allegations

The allegations contained in Counts One and Two of this First Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p).

**This is a True Bill.**

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

*s/Thomas Franzinger*
Thomas Franzinger
Chief, Organized Crime Unit

*s/Andrea Hutting*
Andrea Hutting
Assistant United States Attorney

Dated: 10/20/2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>24-cr-20288 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☒ **No** | **AUSA's Initials:** s/AH |

**Case Title:** USA v. Maldonado et al.

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
__✓__Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 24-cr-20288 **Judge:** Judith E. Levy

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 20, 2026
Date

s/Andrea Hutting
Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9110
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

1 Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.